UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:06-CR-00157-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAVON RENAULT HOLMES | ) | |

This matter is before the court on defendant's letter filed 8 July 2013. (DE # 24.) The court will construe the letter as a motion for reduction of sentence. In the letter defendant states that he had learned from everything he has been through and that he has completed numerous programs while serving his sentence. This is impressive and commendable. Unfortunately for him, this court has no authority to reduce defendant's sentence. The motion is DENIED.

This 29 August 2013.

_____
W. Earl Britt
Senior U.S. District Judge